FILED
CLERK U.S. DISTRICT COURT

JUL 21 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Dana Laurine Lopez DEFENDANT(S). | CASE NUMBER CR09-445 DSF-57 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _July 23, 2009_, at _2:00_ ☐ a.m. / ☑ p.m. before the Honorable _Eick_, in Courtroom _20_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
     _(Other custodial officer)_

Dated: _7/21/09_     _____
                     U.S. District Judge/Magistrate Judge